# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 3, 2023

## NO. 03-22-00773-CV

**Phillip G. Scott, Appellant**

**v.**

**New Braunfels Municipal Court, Appellee**

### APPEAL FROM COMAL COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER

This is an appeal from the municipal court of New Braunfels, Texas. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.